## Norris's Estate (No. 2).

Argued Jan. 22, 1907.   Appeals, Nos. 349, 353, 354, 355, 357 and 360, by Charles Camblos Norris, M. D., et al. from decree of C. P. No. 3, Assignee's and Trustee's Docket F. (O. C. P.) 1863–1869, No. 28, dismissing exceptions to auditor's report In the Matter of the First and Final Account of Henry Norris, trustee of the Fairhill Estate of Henry Norris under the will of Joseph Parker Norris, the elder, deceased, filed by his executors, J. Parker Norris and Holstein DeHaven.   Before MITCHELL, C. J. FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.   Appeal dismissed.

*Thomas Leaming,* for Charles Camblos Norris, M. D., appellant.

*William Drayton,* for Elizabeth N. Brown, appellant.

*Henry S. Drinker, Jr.,* with him *H. Gordon McCouch* and *Samuel Dickson,* for Charles Norris et al., appellants.

OPINION BY MR. JUSTICE BROWN, April 22, 1907:

As the appellants have no interest in the fund to be distributed, for reasons given in the opinion in the appeals of Orville Horwitz et al., ante, p. 548, filed herewith, these appeals are dismissed, with costs.